The People
*vs.*
John Warner.

*D. Graham*, counsel for the prisoner, objected.

tent for the District Attorney to prove that the house of the prisoner was the resort of felons, who came there to dispose of stolen goods.

*The Court* overruled the evidence ; and the prisoner was acquitted.

---

## The People *vs.* John Warner.

A counsel has no right to demand a copy of the indictment of the District Attorney. He must apply to the clerk of the court, who upon payment of the usual fees, will furnish a copy or copies.

In this case *N. B. Graham* read an affidavit in the common form, to put off the trial to the next term ; stating the absence of material witnesses, &c.

*Maxwell* opposed the motion, and contended that the indictment was found on the 7th of this month, and was set down for trial this day : that it was the first time he had understood the prisoner was not ready.

*Graham* replied that he was not ready : that he had not been spoken to before this morning, and was of course unprepared : that he had not received a copy of the indictment, and hoped hereafter that counsel would be furnished with a copy.

*Maxwell* replied that the law did not require that he should furnish counsel with copies of indictments : that upon application to the clerk, and payment of fees, they would be furnished with copies.

*The Court* observed that this was the first complaint they had heard of this nature : that if counsel thought it necessary for the defence of their client to obtain a copy of the indictment, the clerk was the proper officer to apply to, and that he was compelled to furnish a copy or copies on payment of the usual fees.